1   AARON D. FORD
    Attorney General
2   JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 East Washington Avenue
    Suite 3900
5   Las Vegas, Nevada 89101
    (702) 486-3177 (phone)
6   (702) 486-3773 (fax)
    Email: jfrost@ag.nv.gov

*Attorneys for Defendants*
*Regina Barrett, Christopher Harris,*
*Julio Mesa, and Timothy Knatz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-02304-RFB-VCF |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO THEIR PARTIAL MOTION TO DISMISS** |
| REGINA BARRETT, *et al.*, | |
| Defendants. | |

Defendants Regina Barrett, Christopher Harris, Julio Mesa, and Timothy Knatz, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby request an additional fifteen (15) days to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss filed April 22, 2019 (ECF No. 27). Defendants' request is made and based on the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

This is a prisoner civil rights matter. Plaintiff filed his Complaint on September 1, 2017, while in the custody of the Nevada Department of Corrections (NDOC). ECF No. 1-1 (Complaint).

On October 30, 2018, the Court issued its screening order and stayed the case to allow the parties to participate in a mediation conference. ECF No. 4.

On January 25, 2019, the parties participated in a mediation conference that did not result in settlement. ECF No. 11.

On January 29, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis*, directed the Attorney General to file an Acceptance of Service, and lifted the stay. ECF No. 14.

On February 19, 2019, the Attorney General accepted service on behalf of Regina Barrett, Christopher Harris, Julio Mesa, and Timothy Knatz. ECF No. 15.

On March 21, 2019, Defendants filed a Motion to revoke Plaintiff's pauper status. ECF No. 20.

On April 1, 2019, Defendant filed a Motion to Dismiss Plaintiff's Complaint in Part. ECF No. 23.

On April 22, 2019, Plaintiff filed an opposition to Defendants' Motion to Dismiss. ECF No. 27.

This request for an extension of time to reply follows.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

## III. ARGUMENT

Defendants submit that good cause exists to extend the time to reply to Plaintiff's Opposition to their Motion to Dismiss. Defendants' reply is currently due April 29, 2019. Since Plaintiff filed his Opposition on April 22, the undersigned has reviewed the brief and

begun outlining a reply. Exhibit 1 (Declaration of Counsel). However, the undersigned has been unable to complete a reply due to his responsibilities to meet deadlines in other cases. *See id.* Further, the undersigned will out of the office on April 29, 2019. *Id*. Defendants therefore request an extension of fifteen (15) days, or until May 14, 2019, to file their reply.

DATED this 26th day of April, 2019.

>AARON D. FORD
>Attorney General
>
>By: /s/ Jared M. Frost
>JARED M. FROST (Bar No. 11132)
>Senior Deputy Attorney General
>
>*Attorneys for Defendants*
>*Regina Barrett, Christopher Harris,*
>*Julio Mesa, and Timothy Knatz*

## **ORDER**

**IT IS SO ORDERED.** Defendants shall have until May 14, 2019, to file a Reply to Plaintiff's Opposition to Defendants Motion to Dismiss.

Dated this 29th day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 26, 2019, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO THEIR PARTIAL MOTION TO DISMISS** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

> Lausteveion Johnson, #82138
> Lovelock Correctional Center
> 1200 Prison Road
> Lovelock, Nevada 89419
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General

# EXHIBIT 1

# Declaration of Counsel

EXHIBIT 1

AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants
Regina Barrett, Christopher Harris,
Julio Mesa, and Timothy Knatz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-02304-RFB-VCF |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL** |
| REGINA BARRETT, *et al.*, | |
| Defendants. | |

I, JARED M. FROST, hereby declare, based on personal knowledge and/or information and belief, that the following assertions are true:

1. I am a Senior Deputy Attorney General employed by the Nevada Attorney General in the Litigation Division, and I make this declaration in support of Defendants' motion for an extension of time in which to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

2. Since Plaintiff filed his Opposition on April 22, the I have reviewed the brief and begun outlining a reply. However, I haves been unable to complete a reply due to my responsibilities to meet deadlines in other cases. Further, I will be out of the office on April 29, 2019, as a regular day off.

3. My responsibilities to meet deadlines during the past ten days include: *Brown v. State of Nevada,* Case No. 2:17-cv-00832 (mediation brief submitted 04/26/19); *Mizzoni v. State of Nevada*, Case No. 2:17-cv-01482 (opposition to plaintiff's summary judgment motion filed 04/25/19; *Carley v. Gentry et al.*, Case No. 2:17-cv-02670 (reply regarding defendants' motion for summary judgment filed 04/24/19); *Mitchell v. State of Nevada*, Case No. 2:17-cv-00686 (substantive response to motion to extend time filed 04/24/19); *Jackson v. State of Nevada et al.*, Case No. 2:16-cv-00995 (reply regarding defendants' motion for summary judgment filed 04/23/19).

4. This request is made in good faith and not for the purpose of delay.

Pursuant to 28 U.S.C. section 1746 Declarant certifies, under penalty of perjury, that the foregoing is true and correct.

DATED this 26th day of April, 2019.

                                        AARON D. FORD
                                        Attorney General

                                        By: /s/ Jared M. Frost
                                             JARED M. FROST (Bar No. 11132)
                                           Senior Deputy Attorney General

                                        *Attorneys for Defendants*
                                        *Regina Barrett, Christopher Harris,*
                                        *Julio Mesa, and Timothy Knatz*