# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BARRETT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-02304-RFB-VCF<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant C/O R. Gilmore, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

IT IS ORDERED that this action is DISMISSED without prejudice as to Defendant C/O R. Gilmore.

DATED this 20th day of August, 2019.

_____
RICHARD F. BOULWARE, II.
United States District Judge