# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

REGINA BARRETT, *et al.*,

    Defendants.

Case No. 2:17-cv-02304-RFB-BNW

**ORDER TO PRODUCE
LAUSTEVEION JOHNSON, #82138**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    JERRY HOWELL, SOUTHERN DESERT CORRECTIONAL CENTER,
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **LAUSTEVEION JOHNSON, #82138,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **LAUSTEVEION JOHNSON, #82138,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Thursday, February 27, 2020, at the hour of 10:00 a.m**., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **LAUSTEVEION JOHNSON,**

**#82138,** is released and discharged by the said Court; and that the said **LAUSTEVEION JOHNSON, #82138,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 14th day of February, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**