UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>BARRETT, *et al*.,<br><br>   Defendants. | Case No. 2:17-cv-02304-RFB-BNW<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 84] of the Honorable Brenda Weksler, United States Magistrate Judge, entered August 31, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 14, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 84] is
2    ACCEPTED and ADOPTED in full.
3    **IT IS FURTHER** that Plaintiff's motion to amend his complaint is DENIED to the extent
4    he seeks to add Gilmore as a Defendant.
5    **IT IS FURTHER ODERED** that Plaintiff's motion to amend his complaint is DENIED
6    to the extent it seeks to add Carson City as a defendant.
7    **IT IS FURTHER ODERED** that Plaintiff's motion to amend his complaint is DENIED
8    to the extent it seeks to add claims against Howell, Gentry and Dzurenda.

DATED: October 28, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**