Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
Rick_Mula@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

*Attorneys for Petitioner Lausteveion Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Lausteveion Johnson,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Regina Barrett, *et al.*,<br><br>　　　Defendants. | Case No. 2:17-cv-02304-RFB-BNW<br><br>**Stipulation to Reschedule June 24 Motion Hearing** |

　　　The parties hereby stipulate that the Motion Hearing currently set for June 24, 2024, at 2:00 pm be rescheduled for the afternoon of July 9, or otherwise for July 1 or 2, 2024 at a time convenient for the Court. As good cause for this stipulation, the parties state as follows.

　　　The Court has set a Motion Hearing Counsel on Mr. Johnson's Motion to Compel (ECF 195) for June 24, 2024 at 2:00 pm. (ECF 199). Counsel for plaintiff Lausteveion Johnson, Ryan Norwood, has recently had a family medical appointment scheduled that will prevent him from appearing at the hearing that

day, or later that week.  Co-counsel for Mr. Johnson, Rick Mula, is set to be in trial throughout that week (*United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA (D. Nev.)) and will not be able to appear at the hearing either.

   Counsel for Mr. Johnson have discussed the situation with opposing counsel, Senior Deputy Attorney General Douglas Rands.. The parties agree that the hearing should be rescheduled.  Mr. Rands is set to be in Las Vegas for another matter on the morning of July 9, and the parties would ask that the Court reschedule the hearing for the afternoon of July 9 if possible.  If not, Attorneys Norwood and Rands should be available on July 1 and 2 if those dates are convenient for the Court.  The parties have communicated this situation to Judge Weksler's courtroom administrator, who advised the parties to submit a proposed stipulation with suggested dates.

As such, the parties would respectfully stipulate that:

(a) the Motion Hearing scheduled for June 24 be rescheduled; and

(b) if such dates and times are available, that the hearing be reset for the afternoon of July 9, or otherwise for July 1 or 2, 2024 at a time convenient for the Court.

Dated May 29, 2024

| | |
|---|---|
| Doug Rands | Rene L. Valladares |
| Attorney General | Federal Public Defender |
| | |
| /s/ Douglas Rands | /s/ Ryan Norwood |
| | |
| Douglas Rands | Ryan Norwood |
| Senior Deputy Attorney General | Assistant Federal Public Defender |

The hearing currently scheduled for June 24, 2024, at 2:00 p.m. is continued to July 9, 2024, at 2:00 p.m.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2024

3