Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
Rick_Mula@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

*Attorneys for Petitioner Lausteveion Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lausteveion Johnson,

      Plaintiff,

  v.

Regina Barrett, *et al.*,

      Defendants.

Case No. 2:17-cv-02304-RFB-BNW

**Stipulation for Extension of Time to File Response to Defendant's Motion for Judgement Notwithstanding the Verdict Pursuant to FRCP 50(b), or Alternatively for a New Trial Under FRCP 59**

On April 7, 2025, Defendants filed a 30-page motion under Fed. Rule of Civ. Pro 50(b) and 59 concerning the judgment entered in this case following a trial. A response from Mr. Johnson would be due on April 21, 2025. The parties hereby stipulate that this deadline may be extended until April 28, 2025. As good cause for this stipulation, the parties state as follows.

Defendants' lengthy motion raises multiple issues that will likely require legal research and review of the trial record. Lead counsel for Mr. Johnson, however, is scheduled to begin a vacation beginning on April 11, 2025 and will not return to the office until April 21, 2025. Under these circumstances, it will be not be feasible for Mr. Johnson's counsel to prepare a response by the current deadline, particularly because Mr. Johnson also believes it appropriate to file a Reply to Response to his Motion concerning Costs and Fees, which Defendants filed contemporaneously with the Rule 50(b) motion. Counsel for Mr. Johnson have conferred with opposing counsel, who have courteously agreed that the deadline should be extended under these circumstances.

1    For the above reasons, the parties would respectfully stipulate there is good

2  cause to extend the deadline for a response to Defendant's Motion for Judgement

3  Notwithstanding the Verdict Pursuant to FRCP 50(b), or Alternatively for a New

4  Trial Under FRCP 59 until April 28, 2025.

5

6  Dated April 11, 2025

7

8  Aaron D. Ford                         Rene L. Valladares
   Attorney General                      Federal Public Defender

9

10  _/s/ Nathan M. Claus_                  _/s/ Ryan Norwood_
    Nathan M. Claus                        Ryan Norwood

11  Deputy Attorney General                Assistant Federal Public Defender

12

13        IT IS SO ORDERED.

14        DATED: this 14th day of April, 2025.

15

16

17        _____

18        RICHARD F. BOULWARE, II
          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27