```
1    AARON D. FORD
       Attorney General
2    DOUGLAS R. RANDS, Bar No. 3572
       Senior Deputy Attorney General
3    NATHAN M. CLAUS, Bar No. 15889
       Deputy Attorney General
4    State of Nevada
     100 N. Carson Street
5    Carson City, NV  89701-4717
     Tel:  (775) 684-1150
6    E-mail:  drands@ag.nv.gov

7    Attorneys for Defendants
     Regina Barrett and Julio Mesa
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>REGINA BARRETT, et al.,<br><br>Defendants. | Case No. 2:17-cv-02304-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY TO DEFENDANTS MOTION FOR JUDGEMENT NOTWITHSTANDING THE VERDICT PURSUANT TO FRCP 50(B), OR ALTERNATIVELY FOR A NEW TRIAL UNDER FRCP 59** |
|---|---|

The Parties, Plaintiff Lausteveion Johnson, by and through his attorneys of record Ryan Norwood, Esq., Rick Mula, Esq., and Rene L. Valladares, Esq., of the Public Defender's Office, and Defendants, Regina Barrett, and Julio Mesa, by and through their counsel, Aaron D. Ford, Attorney General of the State of Nevada, Douglas Rands, Senior Deputy Attorney General and Nathan M. Claus, Deputy Attorney General, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to file a Reply in Support of Defendants' Defendant's Motion for Judgement Notwithstanding the Verdict Pursuant to FRCP 50(b), or Alternatively for a New Trial Under FRCP 59, which the response is currently due on May 5, 2025, to be extended to May 12, 2025.

////

Defendants' counsel is actively working on the reply to Plaintiff's response to Defendants' Motion for Judgement Notwithstanding the Verdict Pursuant to FRCP 50(b), or Alternatively for a New Trial Under FRCP 59, however, counsel requires a brief extension to complete the reply. This request for extension is made in good faith and not for the purpose of delay.

WHEREFORE, the parties stipulate that the time for Defendants to file their reply in support of Defendants' Motion for Judgement Notwithstanding the Verdict Pursuant to FRCP 50(b), or Alternatively for a New Trial Under FRCP 59 be extended seven days, which means the due date for the reply brief would be May 5, 2025.

Respectfully submitted this 30th day of April, 2025.

| FEDERAL PUBLIC DEFENDER OFFICE | ATTORNEY GENERAL'S OFFICE |
|---|---|
| /s/Ryan Norwood, Esq.<br>RYAN NORWOOD<br>Assistant Federal Public Defender<br>RICK MULA<br>Assistant Federal Public Defender | /s/ Nathan M. Claus, Esq.<br>DOUGLAS R. RANDS<br>Senior Deputy Attorney General<br>NATHAN M. CLAUS<br>Deputy Attorney General |
| *Attorneys for Plaintiff* | *Attorneys for the Defendants* |

**IT IS SO ORDERED.**

**DATED:** this 2nd day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**